KATTEN MUCHIN ROSENMAN LLP                                JS-6
Joshua D. Wayser (CA152711)
2029 Century Park East
Suite 2600
Los Angeles, CA 90067-3012
Telephone: (310) 788-4400
Facsimile: (310) 788-4471

Counsel for Federal Deposit Insurance Corporation

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>Jennifer Long, a/k/a Jennifer Chiang Hong Long, a/k/a Chiang Hong Long,<br><br>           Debtor.<br>_____<br><br>Federal Deposit Insurance Corporation, as receiver for United Commercial Bank,<br><br>           Appellant,<br><br>    vs.<br><br>Jennifer Long,<br><br>           Appellee.<br>_____ | Case No. CV 09-5403 R<br><br>Bankr. Case No. 2:08-bk-24424 BR<br><br>**ORDER REVERSING ORDER AND REMANDING TO BANKRUPTCY COURT**<br><br>Honorable Manuel L. Real |

Appellant Federal Deposit Insurance Corporation, as receiver for United Commercial Bank, filed this case to appeal the Amended Order Granting Chapter 7 Trustee's Motion for Approval of Compromise of Controversy; Order Authorizing Sale of Substantially All Assets of the Estate; and Order Authorizing Payment of Broker (the "Order") entered by the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court") in the case titled *In re Jennifer Long*, Bankruptcy Court Case No. 08-24424-BR (the "Bankruptcy Case").  On August 2, 2010, this Court heard oral argument on the appeal and stated its ruling on the record at the time of the hearing.  The Courts' findings are incorporated herein by this reference.  As stated on the record,

**IT IS HEREBY ORDERED**:

1. The Order is reversed;

2. The Clerk of this Court is directed to remand the case to the Bankruptcy Court for further proceedings consistent with this Court's ruling; and

3. The Clerk of the Bankruptcy Court is directed to reopen the Bankruptcy Case to allow further consideration in line with this Court's rulings as stated on the record at the August 2, 2010 hearing.

Dated: August 9, 2010 _____

Manuel L. Real, U.S. District Court Judge

2